UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID R. MERGES, et al.,

                              Plaintiffs,

                                                      <u>ORDER</u>
                                                      08-CV-6250L

                              v.

ARAMARK CORPORATION, et al.,

                              Defendants.
_____

       At the joint request of the parties, the Court orders bifurcation of this trial pursuant to FED. R. CIV. P. 42(b) to expedite and economize the proceedings. The Court will conduct a jury trial on issues of liability only commencing December 2, 2013. Pretrial is now scheduled for November 18, 2013 at 2:00 p.m.

       Depending on the jury's determination as to liability, the Court schedules trial on the damage issues for January 6, 2014. The previously scheduled trial date and pretrial conference dates are vacated in favor of this order. All other requirements set forth in the Court's original Pretrial Order (Dkt. #75) entered June 28, 2013 remain in full force and effect.

       IT IS SO ORDERED.

                                                  _____
                                                    DAVID G. LARIMER
                                                    United States District Judge

Dated: Rochester, New York
       August 1, 2013.